# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

January 11, 2022

**VIA ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. Deandre Morrison
           18 Cr. 041 (DLC)

Dear Judge Cote:

    I represented Mr. Deandre Morrison in the above referenced capital matter. An associate of my firm, Rachel Perillo expended a total of 11.7 hours, nunc pro tunc to January 8, 2019, assisting me in this matter. Much of that time involved working on his mitigation report. None of Ms. Perillo's work was duplicative.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Morrison in this matter. Thank you very much.

Granted.
*[signature]*
1/14/22

Sincerely,
*[signature]*
Jeremy Schneider

JS/sc