```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    S7 18Cr41(DLC)
                                        :
            -v-                         :    ORDER
                                        :
DEANDRE MORRISON,                       :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter dated August 16, 2022, it is hereby

ORDERED that the letter shall be treated as a motion brought under 28 U.S.C. § 2255. The Clerk of Court shall open this letter as a new civil action.

SO ORDERED:

Dated:   New York, New York
         August 17, 2022

                              _____
                                    DENISE COTE
                              United States District Judge