```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :    18cr41-14 (DLC)
              -v-                        :    23cv2526 (DLC)
                                         :
DEANDRE MORRISON,                        :        ORDER
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

In a letter received by the Court on May 10, 2023 and filed on ECF on May 11, the petitioner Deandre Morrison responded to the April 18 Order. In the letter, the petitioner stated that he intended his March 15, 2023 letter to serve as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The petitioner requested an extension of the time to file his submission demonstrating that he acted diligently and that there were extraordinary circumstances that prevented him from timely filing his § 2255 petition, and to specify all grounds for relief. He also requested that the Court appoint counsel to represent him for these proceedings. It is hereby

ORDERED that the time to file the petitioner's submission is extended to July 19, 2023.

IT IS FURTHER ORDERED that the petitioner's request for Court-appointed counsel is denied without prejudice to renew

1

should the Court find that sufficient merit in the defendant's § 2255 petition has been demonstrated.

Dated:   New York, New York
         May 11, 2023

                                      _____
                                              DENISE COTE
                                      United States District Judge