UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                     :

UNITED STATES OF AMERICA,           :

                               :       18cr41-14 (DLC)

         -v-                    :       23cv2526 (DLC)

                               :

DEANDRE MORRISON,                :          ORDER

                               :

                   Defendant.   :

                               :

----------------------------------------X

DENISE COTE, District Judge:

      Having received the defendant's letter of May 30, 2023, and
the Government having confirmed on June 1, 2023 that the
defendant has arrived at his designated facility of Terra Haute
USP, it is hereby

      ORDERED that the Clerk of Court shall mail a copy of this
Court's May 11 Order to the defendant at his new facility and
note service on the docket.

      SO ORDERED:

Dated:     New York, New York
           June 1, 2023

                                       _____
                                          DENISE COTE
                          United States District Judge

1