```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :    18cr41-14 (DLC)
              -v-                        :    23cv2526 (DLC)
                                         :
DEANDRE MORRISON,                        :    ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the petitioner's letters dated May 31 and June 11, 2023, it is hereby

ORDERED that the time to file the petitioner's submission is extended to August 25, 2023. As described in the Orders of April 18 and May 11, 2023, the petitioner's submission must (1) demonstrate that he has acted diligently and that there were extraordinary circumstances that prevented him from timely filing his petition for a writ of habeas corpus under 28 U.S.C. § 2255, and (2) articulate any further grounds for relief that he may have.

Dated:  New York, New York
        June 16, 2023

                                       _____
                                                DENISE COTE
                                       United States District Judge

1