```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
DEANDRE MORRISON,                     :    23cv2526(DLC)
                                      :    18cr41-14
                    Petitioner,       :
          -v-                         :    ORDER
                                      :
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                    Respondent.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On July 2, 2024, the petitioner Deandre Morrison filed a motion to recall the May 23, 2024 mandate of the Second Circuit Court of Appeals. This Court does not have jurisdiction to recall the mandate issued by the Court of Appeals. For such relief, Morrison must make an application to the Second Circuit Court of Appeals. Accordingly, it is hereby

ORDERED that the motion to recall the mandate is dismissed without prejudice. Morrison is instructed to file his motion to the Second Circuit Court of Appeals. The Clerk of Court shall mail Morrison a copy of this Order and note mailing on the docket.

Dated:   New York, New York
         July 11, 2024

                                  _____
                                         DENISE COTE
                                  United States District Judge